**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | * | 1:26-CV-01002-CBK |
| JEREMIAH PEACEMAKER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| TIMOTHY TOOMEY, Former | * | |
| Assistant Chief of Police and | * | |
| Current Chief of Police, in his | * | |
| official capacity and individually; | * | |
| LEE MCPEEK, Former Chief of | * | |
| Police of the Watertown Police | * | |
| Department, in his official capacity | * | **PLAINTIFF'S NOTICE REGARDING** |
| and individually; TERRY INGALLS, | * | **INADVERTENT CAPTION OMISSION** |
| Former Detective of the Watertown | * | **AND REQUEST FOR CORRECTION** |
| Police Department, in his official | * | **UNDER FED. R. CIV. P. 60(a)** |
| capacity and individually; | * | |
| DETECTIVE CODY TRUMM, of the | * | |
| Watertown Police Department, in | * | |
| his official capacity and | * | |
| individually; DETECTIVE RUEBEN | * | |
| KINNUNEN, of the Watertown | * | |
| Police Department, in his official | * | |
| capacity and individually; FORMER | * | |
| DETECTIVE CHAD STAHL, | * | |
| formerly of the Watertown Police | * | |
| Department, in his official capacity | * | |
| and individually; OFFICER SHANE | * | |
| HARDIE, formerly of the Watertown | * | |
| Police Department and currently | * | |
| working for the Division of Criminal | * | |
| Investigations, in his official | * | |
| capacity (as an officer for the | * | |
| Watertown Police Department and | * | |
| Director of the Division of Criminal | * | |
| Investigations agent) and | * | |
| individually; OFFICER BRANDON | * | |
| JOHNSON, of the Watertown Police | * | |
| Department, in his official capacity | * | |
| and individually; OFFICER RYAN | * | |
| FISCHER, formerly of the | * | |
| Watertown Police Department, in | * | |

his official capacity and individually; OFFICER JAMON HARBERTS, of the Watertown Police Department, in his official capacity and individually; OFFICER TREVOR BARTHEL, of the Watertown Police Department, in his official capacity and individually; OFFICER CADEN WOLLSCHLAGER, of the Watertown Police Department, in his official capacity and individually; OFFICER RYAN BEAUCHAMP, of the Watertown Police Department, in his official capacity and individually; OFFICER SCOTT PRICE, of the Watertown Police Department, in his official capacity and individually; EACH SUPERVISOR OF ANY CURRENT OR FORMER WATERTOWN POLICE OFFICER NAMED (unknown names), in their official capacity and individually; AGENT CAMERON COREY, formerly of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT NATHAN WINTER, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT DARIN SINNER, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JEFFREY BELLON, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JEFFREY KOLLARS, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JASON EVEN, of the South Dakota Division of

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

*Jeremiah Peacemaker v. Timothy Toomey, et al.*
*Plaintiff's Notice & Request*
*Page 2 of 6*

Criminal Investigation, in his     *
official capacity and individually;     *
AGENT SCOT HAWKS, of the South     *
Dakota Division of Criminal     *
Investigation, in his official capacity     *
and individually; DANIEL A.     *
SATTERLEE, in his official capacity     *
as Director of Division of Criminal     *
Investigation and individually;     *
ATTORNEY GENERAL MARTY     *
JACKLEY, as Supervisor of the     *
Division of Criminal Investigation     *
and South Dakota Forensic Lab,     *
and individually; JASON     *
RAVNSBORG, as Supervisor of the     *
Division of Criminal Investigation     *
and South Dakota Forensic Lab,     *
and individually; MARK VARGO, as     *
Supervisor of the Division of     *
Criminal Investigation and South     *
Dakota Forensic Lab, and     *
individually; FORENSIC SCIENTIST     *
HEATHER SPECHT, Formerly of     *
the South Dakota Forensic Lab, in     *
her official capacity and     *
individually; FORENSIC SCIENTIST     *
JESSIKA KIRKPATRICK, of the     *
South Dakota Forensic Lab, in her     *
official capacity and individually;     *
KRISTINA FRYER, Director of the     *
South Dakota Forensic Lab, in her     *
official capacity and individually;     *
and THE CITY OF WATERTOWN,     *
    *
      Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Please take notice and be advised that the Plaintiff, by and through his undersigned counsel, inadvertently left Codington County out of the caption in this matter. Plaintiff maintains that Codington County is a party to this case.

On January 8, 2026, counsel on behalf of Plaintiff filed a Complaint naming Codington County as a Defendant in the body of the pleading. (Doc. 1,

¶32.) However, Plaintiff's counsel inadvertently left Codington County out of the caption. Plaintiff maintains that Codington County is a party to this case as it was named in the body of the Complaint and a Summons was served upon it. (Doc. 2, p. 29; Doc. 6, p. 3.) Further, Attorney Ryan Vogel and Attorney Brianna Haugen have entered their appearance on behalf of Codington County. (Doc. 25.)

Plaintiff files this Notice to clarify that the omission of Codington County from the caption of the Complaint was clerical and inadvertent. Plaintiff's Complaint identifies Codington County as a party and includes allegations and claims against Codington County. By this Notice, Plaintiff does not seek to add a new party or assert new claims. Rather, Plaintiff only seeks to clarify and, to the extent necessary under Fed. R. Civ. P. 60(a), correct the record so the caption conforms to the substance of the Complaint.

Dated this 1st day of June, 2026.

BEARDSLEY JENSEN & LEE,
Prof. L.L.C.

BY:    /s/ *Conor P. Casey*
Steven C. Beardsley
Michael S. Beardsley
Conor P. Casey
4200 Beach Dr., Suite 3
Rapid City, SD 57702
Telephone: (605) 721-2800
Facsimile: (605) 721-2801
Emails: sbeards@blackhillslaw.com
mbeardsley@blackhillslaw.com
ccasey@blackhillslaw.com
*Attorneys for Plaintiff*

AUSTIN, STRAIT, BENSON
THOLE & KOEHN LLP

BY:    /s/ *Kate M. Benson*

Kate M. Benson
Attorneys at Law
25 First Avenue Southwest
Watertown, SD  57201
Telephone: (605) 886-5823
Facsimile: (605) 653-1303
Email: kate@austinlawsd.com
*Attorney for Plaintiff*

BRATLAND LAW

BY:    /s/ *Scott R. Bratland*

Scott R. Bratland
Attorneys at Law
15 1st Avenue Southeast
Watertown, SD  57201
Telephone: (605) 753-5957
Facsimile: (605) 753-5958
Email: Scott@Bratlandlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2026, I sent a copy of the foregoing, via PACER, to:

Amanda Miiller
Deputy Attorney General
1302 East SD Hwy 1889, Ste. 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: amanda.miiller@state.sd.us
*Attorney for Defendants Corey, Winter, Sinner, Bellon, Kollars, Even, Hawks, Satterlee, Jackley, Ravnsborg, Vargo, Specht, Kirkpatrick, and Fryer in their Official Capacities*

Ryan S. Vogel
Brianna J. Haugen
One Court Street
P.O. Box 1030
Aberdeen, SD 57402-1030
Telephone: (605) 225-6310
Email: RVogel@rwwsh.com
BHaugen@rwwsh.com
*Attorneys for Defendant Codington Co.*

James E. Moore
P.O. Box 5027
300 South Phillips Ave., Ste. 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
James.Moore@woodsfuller.com
*Attorney for Defendants Jackley and*
*Vargo in their Individual Capacities*

Robert B. Anderson
Justin L. Bell
Terra M. Larson
503 South Pierre Street
P.O. Box 160
Pierre, SD 5750-0160
Telephone: (605) 224-8803
Fax: (605) 224-6289
rba@mayadam.net
jlb@mayadam.net
terra@mayadam.net
*Attorneys for Defendants Corey,*
*Winter, Sinner, Bellon, Kollars, Even,*
*Hawk, and Satterlee, in their*
*Individual Capacities*

Robert L. Morris
P.O. Box 370
Belle Fourche, SD 57717-0370
(605) 723-7777
bobmorris@westriverlaw.com
*Attorney for Defendants Fryer,*
*Kirkpatrick, and Specht in their*
*Individual Capacities*

Melissa R. Jelen
William C. Garry
Sidney J. Hardy
200 East 10th St., Ste. 200
Sioux Falls, SD 57104
Telephone: (605) 336-0828
Fax: (605) 336-6036
Email: mjelen@cadlaw.com
bgarry@cadlaw.com
shardy@cadlaw.com
*Attorneys for Defendants Toomey,*
*McPeek, Ingalls, Trumm, Kinnunen,*
*Stahl, Hardie, Johnson, Fischer,*
*Harberts, Barthel, Wollschlager,*
*Beauchamp, Price, Supervisors of any*
*Current or Former WPD Officers*
*Named, City of Watertown, and WPD*

Hilary L. Williamson
Tierney C. Scoblic
7521 South Louise Ave.
Sioux Falls, SD 57108
(605) 333-0003
hwilliamson@fullerandwilliamson.com
tscoblic@fullerandwilliamson.com
*Attorneys for Defendant Jason*
*Ravnsborg in his Individual Capacity*

BY:    /s/ *Conor P. Casey*
       Conor P. Casey