UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| JEREMIAH PEACEMAKER, | : | 26-cv-01002-CBK |
| Plaintiff, | : | |
| v. | : | **DEFENDANTS MARTY JACKLEY AND MARK VARGO'S MOTION FOR STAY PENDING APPEAL** |
| TIMOTHY TOOMEY, *et al.*, | : | |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Defendants Marty Jackley and Mark Vargo move that the Court enter a stay of discovery and any other further proceedings pending resolution of their appeal from the denial of absolute immunity. A stay for all parties is appropriate for the reasons stated in their brief in support of this motion. At a minimum, discovery must be stayed as to Jackley and Vargo because the Court lacks jurisdiction over them while their appeal is pending.

Dated this 5th day of November, 2026.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ James E. Moore

James E. Moore
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
james.moore@woodsfuller.com
*Attorney for Defendants Marty Jackley and Mark Vargo in their individual capacities*