UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH PEACEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TOOMEY, Former Assistant Chief of Police and Current Chief of Police, in his official capacity and individually; LEE MCPEEK, Former Chief of Police of the Watertown Police Department, in his official capacity and individually; TERRY INGALLS, Former Detective of the Watertown Police Department, in his official capacity and individually; DETECTIVE CODY TRUMM, of the Watertown Police Department, in his official capacity and individually; DETECTIVE RUEBEN KINNUNEN, of the Watertown Police Department, in his official capacity and individually; FORMER DETECTIVE CHAD STAHL, formerly of the Watertown Police Department, in his official capacity and individually; OFFICER SHANE HARDIE, formerly of the Watertown Police Department and currently working for the Division of Criminal Investigations, in his official capacity (as an officer for the Watertown Police Department and Director of the Division of Criminal Investigations agent) and individually; OFFICER BRANDON JOHNSON, of the Watertown Police Department, in his official capacity and individually; OFFICER RYAN FISCHER, formerly of the Watertown Police Department, in his official capacity and individually; OFFICER JAMON HARBERTS, of the Watertown Police Department, in his official capacity and individually; OFFICER TREVOR | 1:26-cv-01002-CBK<br><br>DEFENDANT JASON RAVNSBORG IN HIS INDIVIDUAL CAPACITY'S JOINDER TO DEFENDANTS MARTY JACKLEY AND MARK VARGO'S MOTION FOR STAY PENDING APPEAL |

| | |
|---|---|
| BARTHEL, of the Watertown Police Department, in his official capacity and individually; OFFICER CADEN WOLLSCHLAGER, of the Watertown Police Department, in his official capacity and individually; OFFICER RYAN BEAUCHAMP, of the Watertown Police Department, in his official capacity and individually; OFFICER SCOTT PRICE, of the Watertown Police Department, in his official capacity and individually; EACH SUPERVISOR OF ANY CURRENT OR FORMER WATERTOWN POLICE OFFICER NAMED (unknown names), in their official capacity and individually; AGENT CAMERON COREY, formerly of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT NATHAN WINTER, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT DARIN SINNER, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JEFFREY BELLON, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JEFFREY KOLLARS, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT JASON EVEN, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; AGENT SCOT HAWKS, of the South Dakota Division of Criminal Investigation, in his official capacity and individually; DANIEL A. SATTERLEE, in his official capacity as Director of Division of Criminal Investigation and individually; ATTORNEY GENERAL MARTY JACKLEY, as Supervisor of the Division of Criminal Investigation and South Dakota Forensic Lab, and individually; JASON | |

| | |
|---|---|
| RAVNSBORG, as Supervisor of the Division of Criminal Investigation and South Dakota Forensic Lab, and individually; MARK VARGO, as Supervisor of the Division of Criminal Investigation and South Dakota Forensic Lab, and individually; FORENSIC SCIENTIST HEATHER SPECHT, Formerly of the South Dakota Forensic Lab, in her official capacity and individually; FORENSIC SCIENTIST JESSIKA KIRKPATRICK, of the South Dakota Forensic Lab, in her official capacity and individually; KRISTINA FRYER, Director of the South Dakota Forensic Lab, in her official capacity and individually; and THE CITY OF WATERTOWN,<br><br>Defendants. | |

Defendant Jason Ravnsborg, in his individual capacity, through counsel, joins Defendants Marty Jackley and Mark Vargo's Motion for Stay Pending Appeal (Doc. 86)[1] and supporting Brief (Doc. 87).

Dated: November 5, 2026.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

/s/ Hilary L. Williamson
Hilary L. Williamson
Tierney C. Scoblic
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
hwilliamson@fullerandwilliamson.com
tscoblic@fullerandwilliamson.com
*Attorneys for Jason Ravnsborg, in his Individual Capacity*

[1] Refers to the Court's docket number.

## Certificate of Service

I certify that on November 5, 2026, I e-filed and served via CM/ECF Filer (PACER) a true and correct copy Defendant Jason Ravnsborg in his Individual Capacity's Joinder in Defendants Marty Jackley and Mark Vargo's Motion for Stay Pending Appeal, on:

Steven C. Beardsley (sbeardsley@blackhillslaw.com)
Michael S. Beardsley (mbeardsley@blackhillslaw.com)
Conor P. Casey (ccasey@blackhillslaw.com)
BEARDSLEY, JENSEN & LEE, PROF.
*Attorneys for Plaintiff*

Kate M. Benson (kate@austinlawsd.com)
AUSTIN, STRAIT, BENSON, THOLE & KOEHN
*Attorney for Plaintiff*

Scott R. Bratland (scott@bratlandlaw.com)
BRATLAND LAW
*Attorney for Plaintiff*

James E. Moore (James.Moore@woodsfuller.com)
WOODS, FULLER, SHULTZ & SMITH, P.C.
*Attorney for Defendants Marty Jackley and Mark Vargo in their individual capacities*

Amanda J. Miiller (amanda.miiller@state.sd.us)
OFFICE OF THE ATTORNEY GENERAL
*Attorney for Agent Cameron Corey, Agent Nathan Winter, Agent Darin Sinner, Agent Jeffrey Bellon, Agent Jeffrey Kollars, Agent Jason Even, Agent Scot Hawks, Daniel A. Satterlee, Attorney General Marty Jackley, Jason Ravnsborg, Mark Vargo, Heather Specht, Jessika Kirkpatrick, and Kristina Fryer, all in their official capacities*

Robert L. Morris
(bobmorris@westriverlaw.com)
MORRIS LAW FIRM, PROF. LLC
*Attorney for Kristina Fryer, Jessika Kirkpatrick, and Heather Specht*

William C. Garry (wgarry@cadlaw.com)
Melissa R. Jelen (mjelen@cadlaw.com)
Sidney J. Hardy (shardy@cadlaw.com)
CADWELL, SANFORD, DEIBERT & GARRY
*Attorneys for Timothy Toomey, Lee McPeek, Terry Ingalls, Detective Cody Trumm, Detective Rueben Kinnunen, Former Detective Chad Stahl, Officer Shane Hardie, Officer Brandon Johnson, Officer Ryan Fischer, Officer Jamon Harberts, Officer Trevor Barthel, Officer Caden Wollschlager, Officer Ryan Beauchamp, Officer Scott Price, Each Supervisor of any Current or Former Watertown Police Officers Named City of Watertown, Watertown Police Department*

Robert B. Anderson (rba@mayadam.net)
Justin L. Bell (jlb@mayadam.net)
Terra M. Larson (tml@mayadam.net)
MAY, ADAM, GERDES & THOMPSON LLP
*Attorneys for Agent Cameron Corey, Agent Nathan Winter, Agent Darin Sinner, Agent Jeffrey Bellon, Agent Jeffrey Kollars, Agent Jason Even, Agent Scott Hawk, and Daniel Satterlee, in their individual capacities*

Ryan S. Vogel (rvogel@rwwsh.com)
Brianna J. Haugen (bhaugen@rwwsh.com)
RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP
*Attorney for Codington County*

/s/ Hilary L. Williamson
One of the Attorneys for Jason Ravnsborg, in his individual capacity