UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| JEREMIAH PEACEMAKER, | : | 26-cv-01002-CBK |
| Plaintiff, | : | |
| v. | : | **ORDER GRANTING DEFENDANTS MARTY JACKLEY AND MARK VARGO'S MOTION FOR STAY PENDING APPEAL** |
| TIMOTHY TOOMEY, *et al.*, | : | |
| Defendants. | : | |

South Dakota Attorney General Marty Jackley and former Attorney General Mark Vargo have moved this Court to enter a stay of discovery and any other further proceedings pending resolution of their appeal. They have been joined by former Attorney General Jason Ravnsborg.

The three attorneys general have appealed this Court's denial of their motion to dismiss. The asserted basis for their interlocutory appeal is that the attorneys general, as prosecutors, are absolutely immune from suit. Because absolute immunity "entitles its possessor to be free from *suit*, not simply from liability," *Murphy v. Murphy*, 849 F.2d 1101, 1104 (8th Cir. 1988), they assert this Court has been divested of jurisdiction over the claims against them. In addition, the attorneys general argue that this Court should enter a stay that is not confined to them and instead reaches all the defendants in this matter. The Court concludes the motion should be granted.

**IT IS THEREFORE ORDERED** that all further proceedings before this Court, including discovery by or against any of the defendants, will be stayed until the Eighth Circuit resolves the pending interlocutory appeal by Attorneys General Jackley, Vargo, and Ravsnborg.

BY THE COURT:

Dated: 11-9-26

Charles B. Kornmann

HONORABLE CHARLES B. KORNMANN
UNITED STATES DISTRICT COURT JUDGE